UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PAHLKOTTER, individually and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>-against-<br><br>SELECTQUOTE, INC., TIM DANKER, RYAN CLEMENT, and RAFFAELE SADUN,<br><br>                            Defendants. | Case No. 1:25-cv-06620 (JLR)<br><br>**ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS** |

JENNIFER L. ROCHON, United States District Judge:

On August 11, 2025, Plaintiff filed a putative class action on behalf of persons or entities who purchased or otherwise acquired SelectQuote securities between September 9, 2020 and May 1, 2025, inclusive (the "Class Period"). Dkt. 1 ("Compl.") ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder. *Id.* ¶ 7.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act of 1995 (PSLRA), Pub. L. No. 104-67, 109 Stat. 737 (codified as amended in scattered sections of 15 U.S.C.), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

IT IS HEREBY ORDERED that **no later than August 31, 2025**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

Dated: August 12, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge