UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PAHLKOTTER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   -against-<br><br>SELECTQUOTE, INC., TIM DANKER, RYAN CLEMENT, and RAFFAELE SADUN,<br><br>       Defendants. | Case No. 1:25-cv-06620 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On August 11, 2025, Plaintiff filed a class action lawsuit on behalf of a class of investors who purchased or otherwise acquired SelectQuote, Inc. securities between September 9, 202 and May 1, 2025, inclusive.  The complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

  Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class—
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period; and
>
> > (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i).  The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of

1

the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of the class members. *See id*. § 78u-4(a)(3)(B)(i). In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. *See id*. § 78u-4(a)(3)(B)(ii).

Members of the purported class therefore have until 60 days from Plaintiff's filing of the required notice to move the Court to serve as lead plaintiffs. Plaintiff filed the required notice on August 12, 2025. Dkt. 6. Opposition to any motion for appointment of lead plaintiff shall be served and filed by October 25, 2025. Accordingly, it is hereby:

ORDERED that a conference shall be held on November 5, 2025 at 11:00 a.m. in Courtroom 20B of the United States Courthouse, 500 Pearl Street, New York, New York 10007 to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the Defendants.

Dated: August 13, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge