UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PAHLKOTTER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   -against-<br><br>SELECTQUOTE, INC., TIM DANKER, RYAN CLEMENT, and RAFFAELE SADUN,<br><br>       Defendants. | Case No. 1:25-cv-06620 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court's prior scheduling order, Dkt. 7, is modified to reflect that the deadline to file motions for lead class plaintiff is **October 10, 2025**. Opposition to any motion for appointment of lead class plaintiff is due **October 25, 2025**. The deadline for the November 5, 2025 conference remains unchanged.

  IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the Defendants.

Dated: August 18, 2025
     New York, New York

                SO ORDERED.

                JENNIFER L. ROCHON
                United States District Judge