UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PAHLKOTTER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SELECTQUOTE, INC., TIM DANKER, RYAN CLEMENT, and RAFFAELE SADUN,<br><br>Defendants. | Case No. 25-cv-06620-JLR<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING** |

WHEREAS, on August 11, 2025, Plaintiff Robert Pahlkotter ("Plaintiff") in the above-captioned action (the "Action") filed a class action complaint alleging claims against Defendants SelectQuote, Inc., Tim Danker, Ryan Clement, and Raffaele Sadun, (collectively, "Defendants") pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 et seq. (the "PSLRA");

WHEREAS, on September 2, 2025, the Court granted the Parties' stipulation providing, among other things, that the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for further proceedings within 14 days of entry of an Order appointing lead plaintiff (ECF No. 13);

and WHEREAS, on November 3, 2025, the Court appointed Robert Pahlkotter as lead plaintiff ("Lead Plaintiff") (ECF No. 18);

//

//

//

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, and subject to Court approval, that:

1. Lead Plaintiff shall file an amended complaint no later than January 16, 2026.

2. Defendants shall file their answer or motion(s) to dismiss no later than March 17, 2026.

3. Lead Plaintiff shall file his opposition(s) to Defendants' motion(s) no later than May 18, 2026.

4. Defendants shall file their reply brief(s) no later than June 17, 2026.

5. By entering this stipulation, Defendants preserve and do not waive any defenses, objections, or arguments.

6. There have been no prior requests for extensions of the above deadlines.

Dated: November 17, 2025               **GLANCY PRONGAY & MURRAY LLP**

By: /s/ *Gregory B. Linkh*
Gregory B. Linkh
Rebecca Dawson
230 Park Ave, Suite 358
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com
          rdawson@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
          clinehan@glancylaw.com

                                                **THE LAW OFFICES OF FRANK R. CRUZ**
                                                Frank R. Cruz
                                                2121 Avenue of the Stars, Suite 800
                                                Century City, CA  90067
                                                Telephone:  (310) 914-5007

                                                *Counsel for Lead Plaintiff*

Dated:  November 17, 2025              **WACHTELL, LIPTON, ROSEN & KATZ**

                                                By:  */s/ David B. Anders*
                                                David B. Anders
                                                Julia M. Bruce
                                                51 W 52nd St.
                                                New York, NY  10019
                                                Telephone:  (212) 403-1000
                                                Facsimile:  (212) 403-2000
                                                Email: dbanders@wlrk.com
                                                               jmbruce@wlrk.com

                                                *Counsel for Defendants*

\*                                \*                                \*

SO ORDERED this <u>18th</u> day of <u>  November  </u>, 2025.

                                                            *Jennifer Rochon*
                                                  HON. JENNIFER L. ROCHON
                                                  UNITED STATES DISTRICT COURT